**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LEE RASHIEK JOHNSON-HOUSTON,

Plaintiff

v.

METRO POLICE, et al.,

Defendants

Case No.: 3:26-cv-00318-MMD-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

On September 14, 2026, the court's order of August 11, 2026, which had been sent to Plaintiff at his address of record, was returned as undeliverable. (ECF No. 5.)

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: September 17, 2026

Craig S. Denney
United States Magistrate Judge