UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LEE RASHIE JOHNSON-HOUSTON,

Plaintiff,

v.

METRO POLICE, *et al.*,

Defendants.

Case No. 3:26-cv-00318-MMD-CSD

ORDER

*Pro se* Plaintiff Lee Rashie Johnson-Houston, who is currently incarcerated at the Clark County Detention Center, brought this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1-1.) Before the Court is the Report and Recommendation (ECF No. 8 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court dismiss this action without prejudice based on Plaintiff's failure to update his address in compliance with LR IA 3-1. (*Id.* at 1.) Plaintiff had until October 30, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Here, Judge Denney recommends dismissing the action because Plaintiff failed to comply with the Court's September 17, 2026 order directing Plaintiff to file a notice of change of address as required by LR IA 3-1 within 21 days. (ECF No. 8 at 1.) Plaintiff was advised that failure to do so would result in dismissal of this case. (*Id.* at 1-2.) To date, Plaintiff has not updated his address. Accordingly, the Court will adopt the R&R in full.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 8) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

It is further ordered that Plaintiff's motion for appointment of counsel (ECF No. 3) is denied as moot.

The Clerk of Court is directed to close this case accordingly.

DATED THIS 17th Day of November 2026.



MIRANDA M. DU
UNITED STATES DISTRICT JUDGE